| 05/16/2019 | THURSDAY | Judge Peter C McKittrick |
|---|---|---|

**1:00 PM 19-31770 pcm 11 bk**  Pacific Construction Group, LLC

**Notice of Preliminary Hearing and Motion For Authority to Conditionally Use Cash Collateral  i  /i . Filed by Debtor Pacific Construction Group, LLC Hearing Scheduled for 5/16/2019 at 01:00 PM in/by Courtroom #1,Portland. (HENDERSON, NICHOLAS) (11)**

Pacific Construction Group, LLC -    NICHOLAS J HENDERSON
Elizabeth McKenzie-debtor
Steven Arnot for UST

Evidentiary Hearing:    Yes: ☐    No: ☒

1. Motion to use cash collateral is approved.  Order to be revised per UST comments.  Final hearing set for June 5th, 2019 at 10:30 in Courtroom #1.
2. Motion to approve payroll is approved.  Mr. Henderson to circulate order to UST and secured creditors.

Order to be prepared by:  ☐ Clerk's Office   ☐ Chambers   ☐

DOCKET ENTRY:

Run Date:    05/16/19

Case 19-31770-pcm11    Doc 14    Filed 05/16/19