**Nicholas J. Henderson, OSB#074027**
nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor St., Suite 300
Portland, OR 97204
Telephone: (503) 417-0508
Facsimile: (503) 417-0528

Of Proposed Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>PACIFIC CONSTRUCTION GROUP, LLC,<br><br>Debtor. | Case No. 19-31770-pcm11<br><br>MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS |

Pacific Construction Group, LLC (the "Debtor"), hereby moves this Court for the entry of an Order extending the deadline by which Debtor's missing documents are due. In support of the motion, Debtor asserts the following:

1. Debtor and counsel have been diligently working on preparing and finalizing the missing documents.

2. Debtor has been unable to review or sign amended petitions or schedules, as Elizabeth Mackenzie, the Debtor's principal that is most familiar with the Debtor's books and records, was required to travel to be a witness in a lawsuit being tried in California.

3. Debtor's principals expect to meet with counsel in the near future, to review and sign the missing documents. Debtor's principals expect to meet with counsel no later than June 3, 2019.

Page 1 of 2   MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS

{00255705:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31770-pcm11    Doc 33    Filed 05/28/19

WHEREFORE, the Debtor prays for the Court to enter an Order extending the deadline by which the Debtor's missing documents must be filed, from May 28, 2019, to June 3, 2019.

DATED May 28, 2019, 2018.　　　　Motschenbacher & Blattner, LLP

　　　　/s/ Nicholas J. Henderson
　　　　Nicholas J. Henderson, OSB #074027
　　　　Of Attorneys for Debtor in Possession

Page 2 of 2　　MOTION TO EXTEND TIME TO FILE MISSING DOCUMENTS

{00255705:1}

Motschenbacher & Blattner LLP
117 SW Taylor Street, Suite 300
Portland, Oregon 97204
Phone: 503-417-0500
Fax: 503-417-0501
www.portlaw.com

Case 19-31770-pcm11    Doc 33    Filed 05/28/19