| 10/08/2019 | TUESDAY | Judge Peter C McKittrick |
|---|---|---|

**11:00  19-31770 pcm 11 bk   Pacific Construction Group, LLC**

**Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement  i  /i  Filed by Debtor Pacific Construction Group, LLC (HENDERSON, NICHOLAS) (83)**

Pacific Construction Group, LLC -   TROY SEXTON  x

Lynette Kam - Creditor  x

Steve Arnot - UST  x

Evidentiary Hearing:    Yes: ☐    No: ☒

**The court deadline to file plan extended until and through November 10, 2019.**

**Exclusivity does not expire until November 19, 2019 so no need to extend.**

Order to be prepared by:  ☐ Clerk's Office  ☐ Chambers  ☒ **Mr. Sexton**

DOCKET ENTRY:

Run Date:   10/08/19