**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OCADS (5/22/18) jd

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | |
|---|---|
| In re<br>**Pacific Construction Group, LLC**<br>Debtor(s) | ) Case No. **19- 31770- pcm11**<br>)<br>) ORDER CONDITIONALLY APPROVING DISCLOSURE<br>) STATEMENT AND FIXING TIME FOR FILING<br>) ACCEPTANCES OR REJECTIONS OF PLAN; **AND**<br>) **NOTICE OF DISCLOSURE AND CONFIRMATION**<br>) **HEARINGS**<br>) |

This case has been designated for accelerated treatment. The disclosure statement and plan of reorganization, dated **October 29, 2019**, were filed by **the debtor(s)**. The debtor's address is 515 NW Saltzman Rd., #906, Portland, OR 97229, and Taxpayer ID# is 45- 5137637.

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1.  The disclosure statement mentioned above is conditionally approved, subject to the court's consideration of objections submitted in accordance with paragraph 3 at the hearing specified in paragraph 4. For the court to consider such objections, the objecting party must have timely attempted to obtain the desired information from the plan proponent without success.

2.  Written ballots accepting or rejecting the plan or amended plan dated **10/29/19** must be received by the proponent of the plan **Nicholas J. Henderson**, whose service address is **Motschenbacher & Blattner, LLP 117 SW Taylor Street Ste 300 Portland, OR 97204**, no later than 7 days before the hearing date set in paragraph 4.

3.  Objections to the proposed disclosure statement or plan must be in writing, setting forth the specific grounds and details of objection, and must be filed with the Clerk of Court, 1050 SW 6th Ave. #700, Portland, OR 97204, no later than 7 days before the hearing date set in paragraph 4. A copy of any objection must be contemporaneously served on the plan's proponent; debtor; the U.S. Trustee; any trustee; and the creditor committee chairperson; and each attorney for any of these parties.

4.  **THE HEARING ON THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN, at which testimony will be received if offered and admissible, will be held** on **12/19/19** at **01:30 PM**, in **US Bankruptcy Court, Courtroom #1, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204**.

5.  **A notice, if appropriate, must be prepared in accordance with FRBP 2002(c)(3) and must describe all acts enjoined by the plan that are not otherwise enjoined under the Bankruptcy Code. The notice must be separately filed and served with this order.**

Page 1 of 2                    * * * SEE NEXT PAGE * * *

6. Any objections to claims filed more than 14 days after the **"FILED"** date above shall not affect the amount of the allowed claim for the purpose of voting on, objecting to, determining creditor acceptance of, or otherwise determining whether to confirm the applicable plan, or any modifications thereto, referred to in this notice.

7. A claimant whose claim is subject to a pending objection and who desires its claim temporarily allowed for the purpose of accepting or rejecting a plan (FRBP 3018(a)) must, no later than 7 days before the hearing date set in paragraph 4, file and serve appropriate copies of a detailed written motion for temporary claim allowance.

8. Complaints objecting to a debtor's full discharge pursuant to 11 U.S.C. §1141(d)(3) and FRBP 4004(a) must be filed no later than the date fixed in paragraph 4.

9. No later than 7 days after the **"FILED"** date on page 1 the plan proponent must (a) serve, as provided in FRBP 3017(d), a copy of this order and any notice prepared and filed under paragraph 5, together with a copy of the plan, disclosure statement, and a ballot; and (b) complete and file the "Certificate of Service" below (without any attachments).

10. A Summary of the Ballots by Class (LBF 1181), and a Report of Administrative Expenses (LBF 1182), must be filed with the Clerk's Office no less than 3 business days before the hearing date in paragraph 4. A copy of the Summary must be contemporaneously served on any creditors' committee. The plan proponent must comply with the requirements in LBF 1181 with regard to the actual ballots.

### 

## CERTIFICATE OF SERVICE

I certify that on __11/22/19 __ copies of all documents required by paragraph 9 above were served on the U.S. Trustee, debtor, any trustee, and their respective attorneys; all creditors and interested parties; the S.E.C. at the address provided on the court's Internet site at https://www.orb.uscourts.gov; and any identified entity subject to an injunction provided for in the plan against conduct not otherwise enjoined under the Bankruptcy Code.

/s/ Nicholas J. Henderson
_____
Signature

Nicholas J. Henderson, Of Attorneys for Debtor
_____
Name and Relation to Case

**Page 2 of 2**

1-800-Got-Junk
Go Green Portland LLC c/o Bryson Davis
1001 SW 5th Ave., Floor 16
Portland, OR 97204-1116

ADP, LLC
PO Box 12513
1851 N. Resler Drive
El Paso, TX 79912-8023

Amp Electric Inc.
8152 SW Hall Blvd.
Beaverton, OR 97008-6415

Andrew Hartman
8000 SW 54th Ave.
Portland, OR 97219-3281

Beal Renovation LLC
315 NE 72nd Ave.
Portland, OR 97213-6301

Beaver Dam Construction LLC
565 SW 130th Ave.
Beaverton, OR 97005-0760

Best Marble & Granite
19396 SW SHAW STREE
OR 97078-1243

Blooming Landscape Maintenance LLC
835 SW 171st Ave.
Beaverton, OR 97006-4938

Carpet Geeks
PO Box 987
Hubbard, OR 97032

Contreras Flooring
18385 SW Jann Dr
Beaverton, OR 97003-3864

Coyote Painting, LLC
PO BOX 1576
Beaverton, OR 97075-1576

Crown Plumbing Inc.
5429 SE Francis St.
Portland, OR 97206-3961

Dickinson's Electric Inc.
8449 SW Barbur Blvd
Portland, OR 97219-4098

Elora Cosper
3635 SE Johnson Creek Boulevard
Portland, OR 97222-9216

Gillespie Plumbing
PO Box 1474
Boring, OR 97009-1474

Impact Painting Solutions
675 SE 11th Place
Hillsboro, OR 97123-4616

Imperial Premium Finance, Inc.
1000 ADAMS AVE
Norristown, PA 19403-2402

Joe AmRhein and Erica AmRhein
16985 Somerset Dr
Beaverton, OR 97006-4761

LaborWorks, Inc. Attn: Keith Terrano
7201 Pioneer Way, Bldg B101
Gig Harbor, WA 98335-1161

LaborWorks, Inc.
PO Box 1755
Gig Harbor, WA 98335-3755

Mailboxes & More
12980 SW BIRCH HILL LANE
Portland, OR 97224-6125

Merit Construction Alliance
11481 SW Hall Blvd., Suite 100
Tigard, OR 97223-8403

MP Heating & Air Conditioning LLC
9871 SE FRENCH ACRES DR
Happy Valley, OR 97086-6969

NBZ Consulting Engineers
21617 SW Susan Ln
Aloha, OR 97003-6599

{00319759:1}

Oregon Paper Fiber
5455 NE 109th Ave
Portland, OR 97220

Patricia Lau and Jay Lindemann
11417 SW Oak Creek Dr.
Portland, OR 97219-8944

Pavelos Floors Inc.
8403 St Johns Rd
Vancouver, WA 98665-1079

Power Vac LLC
PO Box 17126
Portland, OR 97217-0126

Pride Disposal Company
13980 SW Tualatin-Sherwood Rd
Sherwood, OR 97140-9726

Quality Granite & Cabinets
10760 SW Beaverton Hillsdale Hwy
Beaverton, OR 97005-3005

Quartz & Granite Countertop, Inc.
7175 SW Beveland, Ste. 210
Portland, OR 97223-8665

Richard Kam
11979 SW Viewcrest Ct.
Portland, OR 97224-2573

Rose City Heating & Air LLC
8946 SW Barbur Blvd
Portland, OR 97219-4016
Shreyas Rajasekhara
1244 NE Platt St.
Hillsboro, OR 97124-4128

{00319759:1}