UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) Case No. **19-31770-pcm11**
  **Pacific Construction Group, LLC** )
Debtor(s) )
)
) **CREDITOR OBJECTIONS** TO PROPOSED
) DISMISSAL OF CASE
)
)

To Whom It May Concern:

Please be advised that the below signed unsecured creditors in the above captioned case hereby **OBJECT** to the proposed dismissal of the case.

Furthermore, the below signed unsecured creditors strongly urge the Trustee to take a close look at the financial statements disclosed by the Debtor, including November and December 2019 member payments grossly exceeding amounts authorized under the Final Cash Collateral Order, as well as unjustifiable personal expenses falsely listed as "construction materials costs".

Signed: _[signature]_                     Signed: _[signature]_

Name: Howard Gregg Cockrill               Name: Sarah Catherine Cockrill

Date: February 21, 2020                   Date: February 21, 2020

Address: 1821 SW Primrose Street          Address: 1821 SW Primrose Street

Portland, OR 97219                         Portland, OR 97219