ORD (12/1/19) jd

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
February 25, 2020
Clerk, U.S. Bankruptcy Court
BY **jd** DEPUTY

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Pacific Construction Group, LLC**

Debtor(s)

Case No. **19−31770−pcm11**

ORDER RETURNING DOCUMENT(S)

**IT IS ORDERED** that:

1. The **Objection to Notice of Proposed Dismissal** submitted to the court on **2/24/20** by **Jesse Tissot for Beaver Dam Construction, LLC** is returned to the filer without entry on the court's docket, and will have no legal effect, for the reason(s) stated below:

   **Filer is a Non−Individual, and therefore must be represented by an attorney. (Local Bankruptcy Rule 9010−1(c))**

2. For any document listed above to have legal effect, you must refile the corrected document with any required certificate of service.

3. If the date of filing is critical and you would like the court to consider treating a document as filed on the original submission date, you must file the following within 7 days of the "Filed" date above:

   a. a written request that sets forth all grounds for treating the document as filed on the original submission date; and

   b. the refiled document with any required certificate of service.

Clerk, U.S. Bankruptcy Court