UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) Case No. **19-31770-pcm11**
  **Pacific Construction Group, LLC** )
Debtor(s) )
)
)
) **CREDITOR OBJECTION** TO PROPOSED
) DISMISSAL OF CASE
)

To Whom It May Concern:

Please be advised that the below signed unsecured creditor in the above captioned case hereby **OBJECTS** to the proposed dismissal of the case.

Furthermore, the below signed unsecured creditor strongly urges the Trustee to take a close look at the financial statements disclosed by the Debtor, including November and December 2019 member payments grossly exceeding amounts authorized under the Final Cash Collateral Order, as well as unjustifiable personal expenses falsely listed as "construction materials costs".

Signed: *Amy Swan Hadsell*

Name: Amy Hadsell

Date: February 21, 2020

Address: 1821 SW Primrose Street

Portland, OR 97219