Jay Lindemann
11417 SW Oak Creek Drive
Portland, Oregon 97219
2.22.2020

**Pacific Construction Group LLC**
**Case No. 19-31770-pcm11**

I was notified by Nicholas J Henderson, legal council for Pacific Construction Group, LLC on **2.8.2020** regarding a filed motion to dismiss our case.

I'm writing this letter to officially object the dismissal of this case and we still seek appropriate action to be compensated for our losses in our case.

Sincerely,

**Jay Lindemann**
**2.22.2020**